WEST ET AL. *v.* CARR ET AL.

No. 706.   Decided June 22, 1964.

*Harris A. Gilbert* for appellants.

*George F. McCanless,* Attorney General of Tennessee, and *Thomas E. Fox,* Assistant Attorney General, for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.